IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RUGGIERO | : | CIVIL ACTION |
| v. | : | |
| THE GROG, et al. | : | NO. 11-5999 |

### ORDER

AND NOW, this 13th day of August, 2013, upon consideration of Motion For Partial Summary Judgment of Defendants, Douglas Shafer, Charles McHugh and Chand Patella (Doc. 52), and plaintiff's response thereto (Doc. 58), it is hereby

### ORDERED

that Motion For Partial Summary Judgment of Defendants (Doc. 52) is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the Memorandum of Decision filed this day.

Judgment is hereby entered in favor of defendants Charles McHugh and Chand Patella and against plaintiff Joseph Ruggiero, on all claims asserted in the Complaint.

Judgment is hereby entered in favor of defendant Douglas Shafer and against plaintiff Joseph Ruggiero, on Count Four of the Complaint alleging false arrest and/or imprisonment.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge